**EXHIBIT 3**



To the kind attention of
P8H, Inc.
107 Norfolk Street, New York, 10002, NY, USA
Mr. Norman Hansen
Director

Tortola, August 1st, 2019

Dear Mr. Hansen

On March 8, 2019 P8H Inc. entered secured loan agreement with Oakley Capital International AG. According to p. 1.4. of this agreement all P8H assets became a collateral against the loan and Borrower shall effect the UCC filing for the collateral if Lender intends to do so.

On August 1, 2019 Oakley Capital International AG assigned secured loan to Highlight Finance Corp. (see the document enclosed) and as such Highlight Finance Corp. became a lender to P8H Inc. under the secured loan agreement.

By this letter Highlight Finance Corp. is requesting P8H Inc. to effect UCC filing of the secured loan agreement and inform Highlight Finance Corp. once it is completed.

Best regards,

Victor Iezuitov
Highlight Finance Corp.
Director