# **EXHIBIT 4**

**445092**       **2019 Oct 30 PM12:50**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

> STOCKACCESS HOLDINGS SAS
> 12, Rue de la Chaussée d'Antin
> Paris, 75009,

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME: **P8H Inc**
- 1c. MAILING ADDRESS: 107 Norfolk St
- CITY: New York
- STATE: NY
- COUNTRY: USA
- 1e. TYPE OF ORGANIZATION: Corporation
- 1f. JURISDICTION OF ORGANIZATION: Delaware
- 1g. ORGANIZATIONAL ID #, if any: 81-5071415

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - (blank)

**3. SECURED PARTY'S NAME**

- 3a. ORGANIZATION'S NAME: **STOCKACCESS HOLDINGS SAS**
- 3c. MAILING ADDRESS: 12, Rue de la Chaussée d'Antin
- CITY: Paris
- POSTAL CODE: 75009
- COUNTRY: FRA

**4. This FINANCING STATEMENT covers the following collateral:**

P8H Assets as Collateral: All assets of Borrower including, without limitation, Paddle8 brand, URL address and social networks presence, as well as Paddle8 digital products and their underlying source code, servers as well as all of the Paddle8 fixed assets and customer databases (collectively the "Collateral") of Borrower, shall secure the Term Loan and Borrower's obligations under this Agreement. Borrower shall not otherwise pledge the Collateral and shall maintain the Collateral free of Encumbrances, and will cooperate with the Lender when and if Lender intends to effect the UCC filing on the Collateral. The Borrower may not transfer ownership of any of the P8H Asset to a third party.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR / CONSIGNEE/CONSIGNOR / BAILEE/BAILOR / SELLER/BUYER / AG. LIEN / NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] — All Debtors / Debtor 1 / Debtor 2
8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**Filing Number-20191030847806**