**EXHIBIT 7**

# Delaware

### The First State

*Page 1*

*CERTIFICATE*

*SEARCHED AUGUST 12, 2020 AT 2:02 P.M.
FOR DEBTOR, P8H, INC.*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THERE ARE NO PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS OR UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, P8H, INC. AS OF AUGUST 5, 2020 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20209428076-UCC11                              Authentication: 203456067
SR# 20206710849                                Date: 08-12-20
You may verify this certificate online at corp.delaware.gov/authver.shtml